UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ATM COMMUNICATIONS
INTERNATIONAL, INC.,

    Plaintiff,

v.                                       CASE NO: 8:04-cv-1843-T-23TGW

CIRCLE K STORES, INC.,

    Defendant.
_____/

## **ORDER**

The plaintiff files an "agreed motion to enter stipulated form of final order" (Doc. 46). The motion (Doc. 46) is **GRANTED** and the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on July 19, 2005.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy